Order, Supreme Court, New York County (Daniel P. Conviser, J.), entered on or about February 16, 2016, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
 

 The record supports the court’s discretionary upward departure to level two. Clear and convincing evidence established aggravating factors that were not adequately taken into account by the risk assessment instrument (see People v Gillotti, 23 NY3d 841 [2014]). In addition to the underlying sex crime, defendant’s record included a very serious attempted murder conviction and an earlier conviction involving sexual intercourse with a child. These aggravating factors outweighed the mitigating factors cited by defendant.
 

 Concur — Acosta, P.J., Manzanet-Daniels, Gische, Kapnick and Kahn, JJ.